RECEIVED
APR 28 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

FILED
APR 28 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:16CR180 NCC |
| TAMMY NOVAK, | ) |
| Defendant. | ) |

## MISDEMEANOR INFORMATION

### COUNT I

The United States Attorney charges that:

Within the special maritime and territorial jurisdiction of the United States, on or about November 19, 2015, in the City of St. Louis, Missouri in the Eastern District of Missouri,

**TAMMY M. NOVAK,**

the defendant herein, did impede or disrupt the official duties by Government employees by yelling loud, abusive language at the staff of the Veteran's Affairs Medical Clinic while they were attempting to perform their duties.

In violation of 38 Code of Federal Regulations, Section 1.218(a)(5).

Respectfully submitted,

*Colleen C. Lang*
Colleen C. Lang, #56872MO
Assistant United States Attorneys
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Colleen C. Lang, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

COLLEEN LANG, #56872MO

Subscribed and sworn to before me this 28 day of April 2016.

CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK